RECEIPT # _____
AMOUNT $ _____
SUMMONS ISSUED ✓
LOCAL RULE 4.1 _____
WAIVER FORM _____
MCF ISSUED _____
BY DPTY. CLK. _____
DATE 7-22-04

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROGER E. HUGHES, JR., as Settlement Agent, )
)
        Plaintiff, )
)
v. )   Civil No. _____
)
MICHAEL G. & KENDRA B. GEORGES, )
  Individually and as Trustees of the )
  Georges Realty Trust, )
KARA GEORGES HUNTINGTON, )
ERIK M. GEORGES, )
UNITED STATES OF AMERICA, and )
LYNNE F. RILEY, as Chapter 7 Trustee of )
  the Bankruptcy Estate of Michael G. Georges, )
)
        Defendants.

04-11635-NG

MAGISTRATE JUDGE _____

**COMPLAINT FOR INTERPLEADER**

The plaintiff, Roger E. Hughes, Jr., brings this complaint in his capacity as the Settlement Agent for the sale of certain real property by Michael G. Georges and Kendra B. Georges as Trustees of the Georges Realty Trust to certain purchasers, in order (1) to deposit $131,093.80 ("the funds") with the Court and require the various defendants to interplead their claims to the funds, and (2) to be discharged from liability with respect thereto. For these purposes, the plaintiff alleges as follows:

1. This Court has jurisdiction under 28 U.S.C. § 1331 and/or § 1335 and/or §§ 1340 and 2410.

2. The defendants, Michael G. Georges and Kendra B. Georges reside at 78 Alden Street, Duxbury, Massachusetts 02332, within the jurisdiction of this Court. In addition, Michael G. Georges maintains an office at 440 Plain Street, Marshfield, Massachussets 02050, within the jurisdiction of this Court, which, on information and belief, is the office of the Georges Realty Trust.

3. The defendant, Kara Georges Huntington, resides at 78 Alden Street, Duxbury, Massachusetts 02332, within the jurisdiction of this Court.

4. The defendant, Erik M. Georges, resides at 96 High Street, Strathum, N.H., 03885.

5. The defendant, United States of America, is subject to the jurisdiction of this Court, having waived its sovereign immunity for this action under 28 U.S.C. § 2410. As required by that provision, the name of the taxpayer whose tax liability created the lien is Georges Realty Trust, Michael G & Kendra B. Georges, Trustees, at 440 Plain Street, Marshfield, Massachussets 02050. The plaintiffs does not know whether notice of the tax lien was filed, but defendant has been served with a notice of levy to enforce the lien, as described below.

6. The defendant, Lynne F. Riley, is the Chapter 7 Trustee for the bankruptcy estate of Michael G. Georges, Case No. 02-13199-CJK, pending in the United States Bankruptcy Court for the District of Massachusetts. Ms. Riley maintains an office (through the firm, Riley & Esher) at 69 Thorndike Street, Cambridge, MA 02141, within the jurisdiction of this Court.

7. On July 20, 2001, the plaintiff, doing business as Hughes & Associates, conducted a settlement of the sale of certain real property located generally at 56 Weston Farm Pathe, Marshfield, Massachusetts 02050. The sellers were Michael G. Georges and Kendra B. Georges as Trustees of the Georges Realty Trust. A copy of the Settlement Statement is attached to this complaint as Exhibit A.

8. In preparing for the closing, the plaintiff determined that, as a result of notices of federal tax lien recorded against "Michael & Kendra Georges," at the address of the subject property being sold, the plaintiff should require proof that the Internal Revenue Service would not claim that its liens attached to the subject property or else should hold in escrow sufficient

funds to satisfy the recorded tax liens. Accordingly, line 508 of the Settlement Statement shows $130,093.30 held for "IRS" in case the agency claimed that the lien attached.

9. On October 26, 2001, Michael G. Georges paid to the plaintiff an additional $1,000 to supplement the escrowed $130,093.30 to cover interest on the recorded tax liens.

10. On information and belief, on August 27, 2002, Michael G. Georges received a discharge in his bankruptcy case.

11. On September 26, 2002, Michael G. Georges commenced an adversary proceeding (Adv. No. 02-1352) in his bankruptcy case, naming the Settlement Agent (plaintiff in this action) among the defendants, seeking to compel the Settlement Agent to release the escrowed funds to his children, the defendants, Kara Georges Huntington and Erik M. Georges, as the beneficiaries of the Georges Realty Trust. The bankruptcy case adversary complaint also named the United States and the bankruptcy trustee as defendants. The bankruptcy adversary complaint has since been amended to add Kara Georges Huntington and Erik M. Georges as additional plaintiffs. (The United States, which has agreed that Settlement Agent may interplead the funds at issue, has insisted that the Bankruptcy Court is not the proper court for this interpleader action because it would lack jurisdiction to adjudicate the priority or validity of the tax levy for the tax liabilities of the Georges Realty Trust, referred to below.)

12. On July 14, 2004, the plaintiff was served with a Notice of Levy for the tax liabilities of the Georges Realty Trust, Michael G. & Kendra B. Georges, Trustees, demanding that the plaintiff turn over to the IRS the escrowed funds representing the remaining proceeds from the sale of the Weston Farm Pathe property by the Georges Realty Trust. A copy of the Notice of Levy is attached as Exhibit B.

13. Since Michael G. Georges and Kendra B. Georges were the trustees of the Georges Realty Trust and the sellers of the property, the plaintiff is concerned that if he complies with the IRS tax levy, they may assert that the he violated some duty owed by him as Settlement Agent to them as trustees.

14. Since Kara Georges Huntington and Erik M. Georges are the beneficiaries of the Georges Realty Trust, and since the trust has expired by its terms, entitling the beneficiaries to the corpus of the trust, the plaintiff is concerned that if he complies with the IRS tax levy, they may assert that the he violated some duty owed by him as Settlement Agent to them as beneficiaries of the Georges Realty Trust.

15. Pursuant to 26 U.S.C. § 6332, if the plaintiff fails to comply with the IRS levy, the United States might assert personal liability against him. (The United States has informed plaintiff that it will not assert such liability if the plaintiff interpleads the funds.)

16. The Chapter 7 Trustee, Lynne F. Riley, has not made a claim for the funds but is named as a defendant herein to the extent she may determine to assert a claim to the funds, since she is named as a defendant in the adversary bankruptcy action commenced by Michael M. Georges (although she has not filed an answer or other pleading in that action).

WHEREFORE, the plaintiff prays that this Court accept the deposit of $131,093.80 (which will be tendered to the Clerk of the Court at the time this complaint is filed), and enter an order discharging the plaintiff from liability with respect to the disposition of said funds, and for such additional relief as hereafter appears just and proper.

                                         ROGER E. HUGHES, JR. *pro se*
                                         Hughes & Associates
                                         46 Accord Park Drive
                                         Norwell, MA 02061
                                         (781-681-5100)
                                         BBO #243460

EXHIBIT "A"

### A. Settlement Statement

U.S. Department of Housing and Urban Development

Loan #
OMB No. 2502-0265

**B. Type of Loan**

| 1.[ ] FHA  2.[ ] FmHA  3.[X] Conv. Unins<br>4.[ ] VA  5.[ ] Conv. Ins | 6. File Number<br>C01-1543 | 7. Loan Number | 8. Mortgage Insurance Case Number |
|---|---|---|---|

**C. Note:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(P.O.C.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

**D. Name/Address of Borrower:** Richard A. McManus, Jr. and Kellie E. McManus
56 Weston Farm Pathe, Marshfield, Massachusetts 02050

**E. Name and Address of Seller:**
Michael G. George, Trustee of Georges Realty Trust and Kendra B. Georges, Trustee of Georges Realty Trust

**F. Name and Address of Lender:** Mortgage Financial Services, Inc.
36 Commerce Way, Woburn, Massachusetts 01801

**G. Property Location:** 56 Weston Farm Pathe, Marshfield, Massachusetts 02050

**H. Settlement Agent:** Hughes & Associates
**Agent's Address:** 46 Accord Park Drive, Norwell, Massachusetts 02061
**Place of Settlement:** 46 Accord Park Drive, Norwell, Massachusetts 02061

**I. Settlement Date** 07/20/2001

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due from Borrower** | | **400. Gross Amount Due To Seller** | |
| 101. Contract sales price | $450,000.00 | 401. Contract sales price | $450,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to Borrower (line 1400) | $3,942.97 | 403. | |
| 104. FY '02 1st qtr RE Tax | $1,221.49 | 404. | |
| 105. | | 405. | |
| *Adjustments for items paid by seller in advance* | | *Adjustments for items paid by seller in advance* | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County Tax | | 407. County Tax | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross Amount Due From Borrower** | $455,164.46 | **420. Gross Amount Due To Seller** | $450,000.00 |
| **200. Amounts Paid By Or In Behalf of Borrower** | | **500. Reductions In Amount Due to Seller** | |
| 201. Deposit or Earnest Money | $22,500.00 | 501. Excess Deposit (see instructions) | |
| 202. Principal Amount of New Loan | $275,000.00 | 502. Settlement charges to seller (line 1400) | $8,067.00 |
| 203. Existing Loan(s) taken subject to | | 503. Existing Loan(s) taken subject to | |
| 204. closing cost credit pd lender | $2,020.50 | 504. Bank One | $198,000.00 |
| 205. | | 505. William J. & Rosemary F. Chase | $17,627.00 |
| 206. | | 506. Deposit Retained by R.E. Broker | $22,500.00 |
| 207. | | 507. Thayer Academy | $29,606.24 |
| 208. | | 508. IRS | $130,093.80 |
| 209. | | 509. Elizabeth Bone | $7,200.00 |
| *Adjustments for items unpaid by seller* | | *Adjustments for items unpaid by seller* | |
| 210. City/town taxes  06/30/01 to 07/20/01 | $267.73 | 510. City/town taxes  06/30/01 to 07/20/01 | $267.73 |
| 211. County Tax | | 511. County Tax | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. Water Due | $547.61 |
| 214. Final Water | $134.02 | 514. Final Water | $134.02 |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid By/For Borrower** | $299,922.25 | **520. Total Reduction Amount Due Seller** | $414,043.40 |
| **300. Cash At Settlement From/To Borrower** | | **600. Cash At Settlement To/From Seller** | |
| 301. Gross Amount due from Borrower (line 120) | $455,164.46 | 601. Gross Amount due to seller (line 420) | $450,000.00 |
| 302. Less amounts paid by/for Borrower (line 220) | $299,922.25 | 602. Less reductions in amt due seller (line 520) | $414,043.40 |
| **303. Cash from Borrower** | $155,242.21 | **603. Cash to Seller** | $35,956.60 |

We, the undersigned, identified in section D hereof and Seller in section E hereof, hereby acknowledge receipt of this completed Settlement Statement on July 20, 2001.

Borrowers: *[signature]* Richard A. McManus, Jr.    *[signature]* Kellie E. McManus

Sellers: *[signature]* Michael G. George, Trustee Georges Realty Trust    *[signature]* Kendra B. Georges, Trustee

Sellers:    *[signature]* Michael G. George, Atty. in fact

## L. Settlement Charges:

| | | | Paid From Borrower's Funds at Settlement | Paid From Sellers Funds at Settlement |
|---|---|---|---|---|
| **700. Total Sales/brokerage commission based on price:** | | | | |
| Division of Commission (line 700) as follows: | | | | |
| 701. $11,250.00 | | to MacDonald & Wood Real Estate | | |
| 702. $11,250.00 | | to Crescent Realty Group | | |
| 703. Commission paid at Settlement | | | | |
| 704. Deposit Retained by R.E. Broker | $22,500.00 poc | | | |
| **800. Items Payable in Connection With Loan** | | | | |
| 801. Loan Origination Fee | | to | | |
| 802. Loan Discount | | to | | |
| 803. Appraisal Fee | | to | | |
| 804. Credit Report | | to | | |
| 805. Lender's Inspection Fee | | to | | |
| 806. Mortgage Insurance Application Fee | | to | | |
| 807. Assumption Fee | | to | | |
| 808. Tax Service Fee | $215.00 poc | to | | |
| 809. Administrative Fee | $250.00 poc | to | | |
| 810. | | to | | |
| 811. OSB Premium | $5,260.75 poc | to MFSI | | |
| **900. Items Required by Lender To Be Paid In Advance** | | | | |
| 901. Interest from 07/20/01 to 08/01/01 @ | $60.2740 /day 12 days | | $723.29 | |
| 902. Mortgage Insurance Premium for | 0 months to | | | |
| 903. Hazard Insurance Premium for | 0 years to | | | |
| 904. | 0 years to | | | |
| 905. | | | | |
| **1000. Reserves Deposited With Lender** | | | | |
| 1001. Hazard Ins | 2 months @ | $43.67 per month | $87.34 | |
| 1002. Mortgage Ins | months @ | per month | | |
| 1003. City Tax | 2 months @ | $407.17 per month City/Town of Marshfield, MA | $814.34 | |
| 1004. County Tax | months @ | per month | | |
| 1005. Assessments | months @ | per month | | |
| 1006. | months @ | per month | | |
| 1007. | months @ | per month | | |
| 1008. Aggregate Adjustment | | | $0.00 | |
| **1100. Title Charges** | | | | |
| 1101. Settlement/Closing Fee | | to | | |
| 1102. Abstract/Title Search | | to | | |
| 1103. Title examination | | to | | |
| 1104. Title Insurance binder | | to | | |
| 1105. Document preparation | | to Hughes & Associates | | |
| 1106. Notary fees | | to | | |
| 1107. Attorney's Fees | | to Hughes & Associates | $550.00 | |
| (includes above line numbers) | | | | |
| 1108. Title Insurance | | to Lawyers Title Insurance Corporation | $1,450.00 | |
| (includes above line numbers) | | | | |
| 1109. Lender's coverage | $275,000.00 @ $687.50 | $1,015.00 to Hughes & Associates | | |
| 1110. Owner's coverage | $450,000.00 @ $762.50 | $435.00 to Lawyers Title Insurance Corporation | | |
| 1111. record Cert. of Compliance | | to | | |
| 1112. record trustee cert | | to | | $31.00 |
| 1113. obtain Mortgage Discharge | | | | $200.00 |
| **1200. Government Recording and Transfer Charges** | | | | |
| 1201. Recording Fees: | Deed $46.00 Mtg | $55.00 Rls $124.00 | $101.00 | $124.00 |
| 1202. City/county tax/stamps: | Deed $0.00 Mtg | $0.00 | | |
| 1203. State tax/stamps: | Deed $2,052.00 Mtg | $0.00 | | $2,052.00 |
| 1204. Obtain and record MLC | | to | $40.00 | |
| 1205. record Assignment | | to | $32.00 | |
| **1300. Additional Settlement Charges** | | | | |
| 1301. Obtain/Review Survey | | to Russell A. Wheatley Co., Inc. | $125.00 | |
| 1302. Pest Inspection | | to | | |
| 1303. Federal Express | | to | $20.00 | $60.00 |
| 1304. Attorney Fee | | to Edward G. Boyle, III | | $600.00 |
| 1305. Payment | | to Jeffrey Hoffman, Esq. | | $5,000.00 |
| 1306. | | to | | |
| 1307. | | to | | |
| 1308. | | to | | |
| **1400. Total Settlement Charges** | | | **$3,942.97** | **$8,067.00** |

We, the undersigned, identified in section D hereof and Seller in section E hereof, hereby acknowledge receipt of this completed Settlement Statement (pages 1 and 2) on July 20, 2001.

Borrowers: _____ _____
Richard A. McManus, Jr.              Kellie E. McManus

Sellers: _____ _____
Michael G. George, Trustee         Kendra B. Georges, Trustee
Georges Realty Trust

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause funds to be disbursed in accordance with this statement.

Settlement Agent: _____   Date: July 20, 2001

Michael G. Georges
Atty in fact

| Form 668-A(ICS) (Rev. Jan. 2003) | Department of the Treasury – Internal Revenue Service **Notice of Levy** |
|---|---|

DATE: **July 09, 2004**
REPLY TO:  **Internal Revenue Service**
          **Lynette Kucinski**
          **166 Main St**
          **Brockton, MA  02301**

TELEPHONE NUMBER
OF IRS OFFICE:  **508-895-8833**

TO:  **Roger Hughes**
     **Hughes Associates**
     **46 Accord Park Dr.**
     **Norwell, MA  02061**

NAME AND ADDRESS OF TAXPAYER:
**Georges Realty Trust**
**Georges Michael G & Kendra B TTEE**
**440 Plain St**
**Marshfield, MA  02050**

IDENTIFYING NUMBER(S): 36-7430688

THIS ISN'T A BILL FOR TAXES YOU OWE. THIS IS A NOTICE OF LEVY WE ARE USING TO COLLECT MONEY OWED BY THE TAXPAYER NAMED ABOVE.

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1041 | 12/31/1990 | $162,810.01 | $838.40 | $163,648.41 |
| 1041 | 12/31/2001 | $100,537.21 | $517.72 | $101,054.93 |

THIS LEVY WON'T ATTACH FUNDS IN IRAs, SELF-EMPLOYED INDIVIDUALS' RETIREMENT PLANS, OR ANY OTHER RETIREMENT PLANS IN YOUR POSSESSION OR CONTROL, UNLESS IT IS SIGNED IN THE BLOCK TO THE RIGHT. ================================ ⇒

| | Total Amount Due | $264,703.34 |
|---|---|---|

We figured the interest and late payment penalty to  **08/23/2004**

The Internal Revenue Code provides that there is a lien for the amount that is owed. Although we have given the notice and demand required by the Code, the amount owed hasn't been paid. This levy requires you to turn over to us this person's property and rights to property *(such as money, credits, and bank deposits)* that you have or which you are already obligated to pay this person. However, don't send us more than the "Total Amount Due."

**Money in banks, credit unions, savings and loans, and similar institutions described in section 408(n) of the Internal Revenue Code must be held for 21 calendar days from the day you receive this levy before you send us the money. Include any interest the person earns during the 21 days. Turn over any other money, property, credits, etc. that you have or are already obligated to pay the taxpayer, when you would have paid it if this person asked for payment.**

Make a reasonable effort to identify all property and rights to property belonging to this person. At a minimum, search your records using the taxpayer's name, address, and identifying number(s) shown on this form. Don't offset money this person owes you without contacting us at the telephone number shown above for instructions. You may not subtract a processing fee from the amount you send us.

**To respond to this levy —**
  1. Make your check or money order payable to **United States Treasury**.
  2. Write the taxpayer's name, identifying number(s), kind of tax and tax period shown on this form, and "LEVY PROCEEDS" on your check or money order *(not on a detachable stub.)*.
  3. Complete the back of Part 3 of this form and mail it to us with your payment in the enclosed envelope.
  4. Keep Part 1 of this form for your records and give the taxpayer Part 2 within 2 days.

If you don't owe any money to the taxpayer, please complete the back of Part 3, and mail that part back to us in the enclosed envelope.

| Signature of Service Representative **Lynette Kucinski** *Lynette Kucinski* | Title **Revenue Officer** |
|---|---|

X *Jeanne K Dunford for*     *Compliance Territory Manager*
Part 1   For Addressee *Peter Bousnakis*   Catalog No. 15704T    www.irs.gov    Form **668-A(ICS)** (Rev. 1-2003)

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Roger E. Hughes, Jr.

**DEFENDANTS**
Michael G. & Kendra L. Georges, Kara Georges Huntington, Erik M. Georges, United States of America, Lynne F. Riley

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Plymouth
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: Plymouth
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

ATTORNEYS (IF KNOWN)
04-11___ NG

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **FEDERAL TAX SUITS** | |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☒ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| | | ☐ 555 Prison Condition | | |

Also: ☐ 740 Railway Labor Act; ☐ 790 Other Labor Litigation; ☐ 791 Empl. Ret. Inc. Security Act; ☐ 730 Labor/Mgmt. Reporting & Disclosure Act

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

28 USC §1331, 1335, 1340 and 2410

**VII. REQUESTED IN COMPLAINT:** CHECK IF THIS IS A CLASS ACTION ☐ UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S)** (See instructions):
IF ANY
JUDGE _____
DOCKET NUMBER _____

DATE: 7/22/04
SIGNATURE OF ATTORNEY OF RECORD (Pro Se)
Roger E. Hughes Jr.

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) _Roger E. Hughes, Jr. vs._
   _Michael S. Georges et al_

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

   ___ I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ___ II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,      *Also complete AO 120 or AO 121
            740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.         for patent, trademark or copyright cases

   ___ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
            315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
            380, 385, 450, 891.

   _X_ IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
            690, 810, 861-865, 870, 871, 875, 900.

   ___ V.   150, 152, 153.

   04 11635 NG

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.

   _____

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?
   YES ___   **NO**

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC §2403)
   YES ___   **NO**

   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?
   YES ___   NO ___

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC §2284?
   YES ___   **NO**

7. DO ALL OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).
   YES ___   **NO**

   A. IF YES, IN WHICH DIVISION DO ALL OF THE NON-GOVERNMENTAL PARTIES RESIDE?
      EASTERN DIVISION       CENTRAL DIVISION       WESTERN DIVISION

   B. IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?
      EASTERN DIVISION       CENTRAL DIVISION       WESTERN DIVISION

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME _Roger E. Hughes, Jr. pro se_
ADDRESS _Hughes & Associates, 46 Accord Park D. Norwell, MA 02061_
TELEPHONE NO. _781-681-5100_

(Cover sheet local.wpd - 11/27/00)