**Wherefore**, the United States of America, Roger E. Hughes as Settlement Agent, and Michael G. Georges, pray that this court enter the attached stipulated judgment, and order this case closed.

_Ann Brennan_

Ann Brennan (bbo 237770)  
Stephen E. Shamban Law Offices, P.C.  
P.O. Box 850973  
639 Granite Street  
Braintree, MA 02185-0973  
(781) 849-1136  
Attorney for Michael G. Georges

Barry E. Reiferson  
Trial Attorney, Tax Division  
Department of Justice  
P.O. Box 55, Ben Franklin Station  
Washington, D.C. 20044  
(202) 514-6058  
Attorney for the United States of America

Roger E. Hughes, Jr. *pro se*  
Hughes & Associates  
46 Accord Park Drive  
Norwell, MA 02061  
(781) 681-5100

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon each of the parties, by mail, on _____, 2005.

Barry E. Reiferson

**Wherefore**, the United States of America, Roger E. Hughes as Settlement Agent, and Michael G. Georges, pray that this court enter the attached stipulated judgment, and order this case closed.

---

Ann Brennan (bbo 237770)
Stephen E. Shamban Law Offices, P.C.
P.O. Box 850973
639 Granite Street
Braintree, MA 02185-0973
(781) 849-1136
Attorney for Michael G. Georges

Barry E. Reiferson
Trial Attorney, Tax Division
Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
(202) 514-6058
Attorney for the United States of America

---

Roger E. Hughes, Jr. *pro se*
Hughes & Associates
46 Accord Park Drive
Norwell, MA 02061
(781) 681-5100

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon each of the parties, by mail, on _____, 2005.

---

Barry E. Reiferson

3